**Electronically Filed
Supreme Court
SCWC-16-0000103
13-SEP-2016
08:38 AM**

SCWC-16-0000103

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILLIAM MIDDLETON,
Petitioner/Appellant-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF HUMAN SERVICES,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000103; CIV. NO. 14-1-0437)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on August 8, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 13, 2016.

William Middleton          /s/ Mark E. Recktenwald
petitioner pro se
                           /s/ Paula A. Nakayama

                           /s/ Sabrina S. McKenna

                           /s/ Richard W. Pollack

                           /s/ Michael D. Wilson